## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER, | ) |
| | ) Case No.: 2:13-cv-00538-GMN-CWH |
| Plaintiff, | ) |
| vs. | ) **ORDER ACCEPTING REPORT &** |
| | ) **RECOMMENDATION OF MAGISTRATE** |
| STEVE WILLIAMS, *et al.*, | ) **JUDGE C.W. HOFFMAN, JR.** |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 11) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered September 10, 2013, regarding Plaintiff's second Amended Complaint (ECF No. 10), filed on August 8, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by September 27, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's 1983 claim and state law claim for negligent training and supervision against the LVMPD is hereby **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon which relief can be granted.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge