UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00538-GMN-CWH |
| vs. | ) **ORDER** |
| STEVE WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#53), filed September 2, 2014.

Plaintiff is currently incarcerated in High Desert State Prison. By way of this motion, he requests that an order allowing him to exceed the $100 limit for legal copies. Plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948, F.2d 517, 521 (9th Cir. 1991). Pursuant to Nevada Department of Corrections ("NDOC) administrative regulation 722 "inmates can only accrue a maximum of $100.00 debt for copy work expenses." A court may, however, order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. Though he indicates that he does not seek a "blanket order for unlimited copywork," Plaintiff does not provide any information regarding what copywork needs he may have. He simply states he needs a reasonable allowance to allow him to make copies of "supplemented/amended pleadings, motions, responses, replies, notices, etc." Given the lack of particulars provided by Plaintiff, the motion will be denied without prejudice. The Court further notes that this matter remains stayed until October 30, 2014. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit

1  (#53) is **denied without prejudice**.

2  DATED: September 16, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**