LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com

**Attorneys for Defendant**
**STEVE WILLIAMS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER STEVE WILLIAMS;<br><br>　　　　　　Defendant. | Case No.: 2-13-cv-00538-GMN-CWH<br><br>**STEVE WILLIAMS' THIRD MOTION TO CONTINUE STAY OF DISCOVERY PENDING OUTCOME OF CRIMINAL INVESTIGATION** |

Defendant, STEVE WILLIAMS, by and through his attorneys, Kaempfer Crowell, hereby moves to continue the stay of discovery pending the outcome of the criminal matters. This Motion is made and based upon the Points and Authorities attached hereto, the papers and pleadings on file herein, and any arguments of counsel as may be heard by this Court pursuant to LR 78-2.

///

///

///

///

///

# AFFIDAVIT OF LYSSA S. ANDERSON
# IN SUPPORT OF MOTION FOR STAY

1. I am duly licensed to practice law in the State of Nevada and before this Court. I am counsel of record for Defendant, Steve Williams ("Officer Williams").

2. This Affidavit is made of my own personal knowledge, except for those matters stated upon information and belief, and, as to those, I believe them to be true. I am competent to testify in a court of law to the matters included herein and if called upon will so testify.

3. This Affidavit is made in support of Steve Williams' Third Motion to Continue Stay of Discovery Pending Outcome of Criminal Investigation.

4. On September 10, 2013, Plaintiff Larry Barber ("Barber") filed his Complaint.

5. Barber's Complaint alleges that on January 31, 2012, Officer Williams used lethal force against him.

6. Upon information and belief, it is the policy of the Clark County District Attorney ("DA") to review the actions of Officer Williams (the shooting of Barber) to determine if Williams is criminally culpable for the events of January 31, 2012 and to publish a Report on Use of Force (hereinafter referred to as the "DA's Report").

7. Upon information and belief, after the DA has reviewed the investigation surrounding the shooting, the DA will either pursue criminal charges against Officer Williams via a grand jury proceeding or issue a finding that the actions of Officer Williams were not criminal, and then publish the DA's Report.

8. As of the date of filing this Motion, the DA's Report has not been published.

9. As set out in the prior pleadings filed with this Court, as a result of the incident on January 31, 2012, Barber has been criminally charged with Attempted Murder With a Deadly Weapon; Resist Public Officer – Weapon; Carrying a Concealed Weapon; and Assault With a

Deadly Weapon, in the Eighth Judicial District Court, Case Number C283230 (the "Criminal Proceedings"). (*See* **Exhibit A**, Case No. C283230 Docket Sheet attached hereto).

10. Trial in the Criminal Proceedings has been previously set several times, with the last setting being March 9, 2015. From a review of the Court Docket, the Trial did not proceed on March 9, 2015.

11. As both of these criminal matters are ongoing, very little information has been made available to any party in the case and, to date, I do not have access to the investigative reports, party statements, witness statements or any other evidence related to the incident of January 31, 2012.

12. As no information/documents could be made available due to the ongoing criminal matters, on March 4, 2014, Officer Williams filed a Motion to Stay Discovery Pending Outcome of Criminal Investigation, [Docket No. 35], which this Court granted on March 14, 2014. [Docket No. 41].

13. On August 7, 2014, Williams filed a Motion to Continue Stay of Discovery Pending Outcome of Criminal Investigation as there had been no progress in either of the matters and the trial in the Criminal Proceedings had been continued. [Docket No. 51].

14. On August 8, 2014, this Court extended the stay until November 6, 2014. [Docket No. 52].

15. On October 27, 2014, prior to expiration of the stay, Williams filed his second Motion to Continue Stay of Discovery. [Docket No. 57]. The second Motion explained that the Trial in the Criminal Proceedings was not set until March 9, 2015 and therefore a continued stay was necessary.

16. This Court continued the stay until March 16, 2015 and required the parties to file interim status reports on March 2, 2015. [Docket No. 58].

17. On February 27, 2015 Plaintiff filed his status report, [Docket No. 59], and on March 2, 2015 Williams filed his status report, [Docket No. 60]. Both status reports advised the Court that a Calendar Call in the Criminal Proceedings was set for March 5, 2015 and that it was likely the Trial in the Criminal Proceedings would again be continued. As a result, this Court requested the parties to file additional status reports on March 6, 2015. [Docket 61].

18. As the Court directed, on March 6, 2015 the parties filed additional status report advising the Court that the Trial in the Criminal Proceedings was again continued to July 20, 2015. [Docket Nos. 62 and 63].

19. In addition, the DA's Report has not been published as of the date of filing this instant Motion.

20. Because the DA's Report has not been published and the Criminal Proceedings are ongoing, Officer Williams respectfully requests that this Court enter an order continuing the stay of discovery in Barber's civil rights case.

21. At this time, a continued stay of discovery in this matter is necessary as I will not have access to any of the pertinent documents to the incident until the Criminal Proceedings are complete.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    22.    This request to extend the stay is sought in the good faith belief that it is necessary
2  to protect the rights of the parties, the investigation of the DA, and the search for truth and not
3  for any improper purpose or to cause unnecessary delay.

4    DATED this 16th day of March, 2015.

         _____
         LYSSA S. ANDERSON

SUBSCRIBED AND SWORN to before
me this 16th day of March, 2015.

_____
NOTARY PUBLIC in and for said
County and State

CATHERINE A. SUTTON
Notary Public State of Nevada
No. 07-3134-1
My Appt. Exp. April 25, 2015

## MEMORANDUM OF POINTS & AUTHORITIES

### I. ARGUMENT

In the interest of brevity, Officer Williams incorporates by reference the legal authority in the initial Motion for Stay of Discovery, [Docket No. 35], the Motion to Continue Stay [Docket No. 51], and the second Motion to Continue Stay [Docket No. 57], as if fully set forth herein.

### II. CONCLUSION

Based on the foregoing, Officer Williams respectfully requests a continued stay of discovery in the present matter.

DATED this 16th day of March, 2015.

KAEMPFER CROWELL

BY: _____
LYSSA S. ANDERSON
(Nevada Bar No. 5781)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendant Steve Williams**

### ORDER

It is so ordered.

DATED: March 16, 2015

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **STEVE WILLIAMS' THIRD MOTION TO CONTINUE STAY OF DISCOVERY PENDING OUTCOME OF CRIMINAL INVESTIGATION** was made this date by depositing a true copy of the same for mailing at Clark County, Nevada, addressed to each of the following:

Larry Barber
**Prisoner Number 87105**
PO Box 650
Indian Springs, NV 89070

DATED this 16th day of March, 2015.

_____
Becky Hildebrand
an employee of Kaempfer Crowell

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1604283_1.doc  6943.69

Page 7 of 7

# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. C-12-283230-1

| | | |
|---|---|---|
| State of Nevada vs Larry Barber | § § § § § § § § | Case Type: **Felony/Gross Misdemeanor**<br>Date Filed: **08/03/2012**<br>Location: **Department 15**<br>Cross-Reference Case Number: **C283230**<br>Defendant's Scope ID #: **1118123**<br>Lower Court Case # Root: **12F01886**<br>Lower Court Case Number: **12F01886X** |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | Barber, Larry J | **Susan K. Bush**<br>*Court Appointed*<br>702-868-4411(W) |
| **Plaintiff** | State of Nevada | **Steven B Wolfson**<br>702-671-2700(W) |

### CHARGE INFORMATION

**Charges: Barber, Larry J**

| | Statute | Level | Date |
|---|---|---|---|
| 1. ATT. MURDER WITH A DEADLY WEAPON | 200.030 | Felony | 01/31/2012 |
| 2. RESIST PUBLIC OFFICER-WEAPON | 199.280 | Felony | 01/31/2012 |
| 3. CARRYING A CONCEALED WEAPON | 202.350 | Felony | 01/31/2012 |
| 4. ASSAULT WITH A DEADLY WEAPON | 200.471 | Felony | 01/31/2012 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

08/08/2012 **Plea** (Judicial Officer: Silver, Abbi)
　1. ATT. MURDER WITH A DEADLY WEAPON
　　Not Guilty
　2. RESIST PUBLIC OFFICER-WEAPON
　　Not Guilty
　3. CARRYING A CONCEALED WEAPON
　　Not Guilty
　4. ASSAULT WITH A DEADLY WEAPON
　　Not Guilty

11/08/2012 **Amended Plea** (Judicial Officer: Silver, Abbi) Reason: Plea Withdrawn
　2. RESIST PUBLIC OFFICER-WEAPON
　　Guilty
　3. CARRYING A CONCEALED WEAPON
　　Guilty
　4. ASSAULT WITH A DEADLY WEAPON
　　Guilty

**OTHER EVENTS AND HEARINGS**

08/02/2012 **No Bail Set**
08/03/2012 **Criminal Bindover**
08/06/2012 **Information**
　*Information*
08/08/2012 **Initial Arraignment** (1:30 PM) (Judicial Officer De La Garza, Melisa)
　Parties Present
　Minutes
　Result: Plea Entered
09/05/2012 **Transcript of Proceedings**
　*Reporter's Transcript Of Preliminary Hearing Taken On Monday, July 30, 2012*
11/08/2012 **Calendar Call** (9:00 AM) (Judicial Officer Silver, Abbi)
　Parties Present
　Minutes
　Result: Plea Entered
11/08/2012 **Guilty Plea Agreement**
　*Guilty Plea Agreement*
11/13/2012 CANCELED **Jury Trial** (10:30 AM) (Judicial Officer Silver, Abbi)
　*Vacated - per Judge*
12/11/2012 **Motion**
　*Motion To Withdraw Counsel*
12/11/2012 **Motion**
　*Motion For Production Of Documents, Papers, Pleadings And Tangible Property Of Defendant*

| Date | Entry |
|---|---|
| 12/14/2012 | **Motion** |
| | *Motion To Withdrawal Plea* |
| 01/03/2013 | **Motion to Withdraw as Counsel** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion To Withdraw Counsel* |
| | Result: Off Calendar |
| 01/03/2013 | **Motion** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion For Production Of Documents, Papers, Pleadings And Tangible Property Of Defendant* |
| | Result: Off Calendar |
| 01/03/2013 | **Motion to Withdraw Plea** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion To Withdrawal Plea* |
| | Result: Hearing Set |
| 01/03/2013 | **All Pending Motions** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion To Withdraw Counsel, Motion For Production Of Documents, Papers, Pleadings And Tangible Property Of Defendant and Deft's Pro Se Motion to Withdraw Plea* |
| | Minutes |
| | Result: Hearing Set |
| 01/03/2013 | **Order** |
| | *Order For Production of Inmate Larry Jevon Barber, BAC #87105* |
| 01/04/2013 | **PSI** |
| 01/07/2013 | **Ex Parte Order** |
| | *Ex Parte Order for Transcript* |
| 01/10/2013 | **Sentencing** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *SENTENCING & DISMISS COUNT 1* |
| | Result: Off Calendar |
| 01/10/2013 | **Status Check** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | 01/10/2013, 01/15/2013, 05/09/2013 |
| | *Status Check: Withdrawal of Plea* |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 01/10/2013 | **All Pending Motions** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Status Check: Withdrawal of Plea and Sentencing - Dismiss Count 1* |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 01/15/2013 | **Confirmation of Counsel** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Confirmation of Counsel (Christensen)* |
| | Result: Granted |
| 01/15/2013 | **All Pending Motions** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Status Check: Withdrawal of Plea and Confirmation of Counsel (Christensen)* |
| | Parties Present |
| | Minutes |
| | Result: Briefing Schedule Set |
| 01/16/2013 | **Media Request and Order** |
| | *Media Request and Order Allowing Camera Access to Court Proceedings* |
| 01/31/2013 | **Reporters Transcript** |
| | *Reporter's Transcript of Guilty Plea 11/8/12* |
| 03/19/2013 | **Motion** |
| | *Motion To Withdraw Guilty Plea Agreement* |
| 03/22/2013 | **Receipt of Copy** |
| | *Receipt of Copy* |
| 04/02/2013 | **Motion to Withdraw Plea** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion To Withdraw Guilty Plea Agreement* |
| | Minutes |
| | Result: Off Calendar |
| 04/22/2013 | **Opposition** |
| | *State's Opposition to Motion to Withdraw Guilty Plea* |
| 10/22/2013 | **Notice of Witnesses and/or Expert Witnesses** |
| | *Notice of Witnesses* |
| 10/22/2013 | **Notice of Witnesses and/or Expert Witnesses** |
| | *Notice of Expert Witnesses* |
| 10/28/2013 | **Motion** |
| | *Motion to Produce Evidence Including Potentially Exculpatory Evidence* |
| 10/30/2013 | **Receipt of Copy** |
| | *Receipt of Copy* |
| 11/07/2013 | **Motion to Produce** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | 11/07/2013, 11/14/2013, 01/14/2014 |
| | *Motion to Produce Evidence Including Potentially Exculpatory Evidence* |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 11/14/2013 | **Calendar Call** (9:00 AM) (Judicial Officer Becker, Nancy) |
| | Result: Trial Date Set |
| 11/14/2013 | **All Pending Motions** (9:00 AM) (Judicial Officer Becker, Nancy) |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 11/14/2013 | **Opposition** |

| | |
|---|---|
| | *State's Opposition to Defendant's Motion to Produce Evidence Including Potentially Exculpatory Evidence* |
| 11/18/2013 | CANCELED   Jury Trial  (10:00 AM) (Judicial Officer Silver, Abbi) |
| | *Vacated - per Judge* |
| 01/09/2014 | Status Check  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Motion to Produce Evidence Including Potentially Exculpatory Evidence* |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 06/06/2014 | Motion |
| | *Motion to Withdraw Counsel* |
| 06/06/2014 | Notice of Motion |
| | *Notice of Motion* |
| 07/08/2014 | Motion to Withdraw as Counsel  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | 07/08/2014, 07/24/2014 |
| | Parties Present |
| | Minutes |
| | 07/01/2014 Reset by Court to 07/08/2014 |
| | Result: Continued |
| 07/11/2014 | Order for Production of Inmate |
| | *Order for Production of Inmate Larry Jevon Barber, Bac#87105* |
| 07/24/2014 | Calendar Call  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | Result: Vacated and Reset |
| 07/24/2014 | All Pending Motions  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Calendar Call and Deft's Pro Se Motion to Withdraw Counsel* |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 07/28/2014 | CANCELED   Jury Trial  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Vacated - per Judge* |
| 01/12/2015 | Motion |
| | *Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant* |
| 01/12/2015 | Notice of Motion |
| | *Notice of Motion* |
| 01/12/2015 | Motion |
| | *Motion to Withdraw Counsel* |
| 01/12/2015 | Notice of Motion |
| | *Notice of Motion* |
| 02/03/2015 | Motion  (9:00 AM) (Judicial Officer Barker, David) |
| | 02/03/2015, 02/10/2015 |
| | *Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant* |
| | Result: Continued |
| 02/03/2015 | Motion  (9:00 AM) (Judicial Officer Barker, David) |
| | 02/03/2015, 02/10/2015 |
| | *Motion to Withdraw Counsel* |
| | Result: Continued |
| 02/03/2015 | All Pending Motions  (9:00 AM) (Judicial Officer Barker, David) |
| | *Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant and Motion to Withdraw Counsel* |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 02/10/2015 | All Pending Motions  (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | *Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant and Motion to Withdraw Counsel* |
| | Parties Present |
| | Minutes |
| | Result: Decision Made |
| 03/05/2015 | Calendar Call  (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 03/09/2015 | CANCELED   Jury Trial  (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Vacated - per Judge* |
| 07/16/2015 | Calendar Call  (9:00 AM) (Judicial Officer Silver, Abbi) |
| 07/20/2015 | Jury Trial  (9:00 AM) (Judicial Officer Silver, Abbi) |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Barber, Larry J | | | |
| | Total Financial Assessment | | | 175.50 |
| | Total Payments and Credits | | | 175.50 |
| | **Balance Due as of 03/16/2015** | | | **0.00** |
| 11/07/2013 | Transaction Assessment | | | 50.50 |
| 11/07/2013 | Payment (Window) | Receipt # 2013-135337-CCCLK | First Legal | (50.50) |
| 11/07/2013 | Transaction Assessment | | | 125.00 |
| 11/07/2013 | Payment (Window) | Receipt # 2013-135343-CCCLK | First Legal | (125.00) |