# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER, ) | |
|         Plaintiff, ) | Case No. 2:13-cv-00538-GMN-CWH |
| ) | **ORDER** |
| vs. ) | |
| STEVE WILLIAMS, *et al*., ) | |
|         Defendants. ) | |

Before the Court is pro se Plaintiff's motion for extension of time for interim status report (doc. # 76), filed February 8, 2016.

In his motion, Plaintiff asks the Court to extend the deadline for submitting his status report to March 18, 2016 because trial in his criminal case is set to begin on February 29, 2016, leaving him without sufficient time to comply with the Court's requirement. See Doc. # 76; see also Doc. # 75.

A review of the record reveals that Plaintiff prematurely filed the instant motion. Nevertheless, the Court grants Plaintiff's request in this limited instance.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time for interim status report (doc. # 76) is **granted**.

DATED: March 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**