# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARRY BARBER,                                    )
                Plaintiff,            )     Case No. 2:13-cv-00538-GMN-CWH
                             )
vs.                                              )     **ORDER**
                             )
STEVE WILLIAMS, *et al.*,                          )
                Defendants.            )
_____)

      Before the Court are Plaintiff's untimely replies (docs. # 104, # 105), both filed May 9, 2016. Upon review, the Court finds that doc. # 104 should have been filed by March 31, 2016, and doc. # 105 should have been filed by May 5, 2016. Plaintiff never bothered to ask the Court for an extension of time to file these replies, or to provide any reason for the untimely filings. Given such, the Court directs the Clerk of Court to strike both replies from the record.

      Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's replies (docs. # 104, # 105) from the record.

      DATED:  May 16, 2016

                                      _____
                                      **C.W. Hoffman, Jr.**
                                      **United States Magistrate Judge**